UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                             Bankr. Case No. 19-02318-HWV-13

Kristen M. Maxsween                                        Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        Americredit Financial Services, Inc. dba GM Financial
                        PO Box 183853
                        Arlington, TX 76096

                                       By /s/ Mandy Youngblood

                                       Mandy Youngblood
                                       PO Box 183853
                                       Arlington, TX 76096
                                       877-203-5538
                                       877-259-6417
                                       Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 19-02318-HWV-13

Kristen M. Maxsween                                         Chapter 13
      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 24, 2019 :

MARK A BUTERBAUGH                                Charles J. DeHart III
230 YORK ST                                                          8125 Adams Drive
HANOVER, PA  17331                              Suite A
                                                                           Hummelstown, PA 17036

                                                                      By  /s/ Mandy Youngblood
                                                                             Mandy Youngblood

xxxxx80649 / 991232