```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-02318-HWV
Kristen M. Maxsween                                             Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman           Page 1 of 2              Date Rcvd: Jul 15, 2019
                              Form ID: ntcnfhrg         Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
```
db           +Kristen M. Maxsween,    629 E. Washington Street,    Chambersburg, PA 17201-2747
cr           +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
5210266     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
               P O Box 183853,    Arlington, TX 76096)
5204469      +AmeriCredit/GM Financial,    Attn: Bankruptcy,   Po Box 183853,    Arlington, TX 76096-3853
5204470      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
5204471      +Delmarva Col,    Attn: Bankruptcy Department,   820 East Main Street,    Salisbury, MD 21804-5025
5204473      +Farmers & Merchants Tr,    20 S Main Street,    Chambersburg, PA 17201-2202
5204474      +First Premier Bank,    Attn: Bankruptcy,   Po Box 5524,    Sioux Falls, SD 57117-5524
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 15 2019 19:55:44
               Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
5210266       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 15 2019 19:55:44
               AmeriCredit Financial Services, Inc.,    dba GM Financial,   P O Box 183853,
               Arlington, TX 76096
5204469      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 15 2019 19:55:44
               AmeriCredit/GM Financial,    Attn: Bankruptcy,   Po Box 183853,    Arlington, TX 76096-3853
5204472      +E-mail/PDF: pa_dc_ed@navient.com Jul 15 2019 20:02:56      Dept of Ed / Navient,
               Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
5207221       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:01:52      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5204475       E-mail/Text: camanagement@mtb.com Jul 15 2019 19:55:45      M & T Bank,    Attn: Bankruptcy,
               Po Box 844,    Buffalo, NY 14240
5204476      +E-mail/Text: Bankruptcies@nragroup.com Jul 15 2019 19:56:41      National Recovery Agency,
               Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
5204477      +E-mail/Text: bankruptcy@pmscollects.com Jul 15 2019 19:56:34      Progressive Management Systems,
               Attn: Bankruptcy Department,    1521 W Cameron Ave., First Floor,    West Covina, CA 91790-2738
5204478      +E-mail/Text: bankruptcy@sw-credit.com Jul 15 2019 19:56:05      Southwest Credit Systems,
               4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
5204479      +E-mail/Text: bkrpt21@maxprofitsys.com Jul 15 2019 19:56:02      Valley Credit Service, Inc,
               Attn: Bankruptcy,    Po Box 2162,    Hagerstown, MD 21742-2162
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5215619*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
               P.O Box 183853,    Arlington, TX 76096)
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Mark A. Buterbaugh   on behalf of Debtor 1 Kristen M. Maxsween Mooneybkecf@gmail.com,
               buterbaughmr61895@notify.bestcase.com
```

District/off: 0314-1     User: REshelman        Page 2 of 2         Date Rcvd: Jul 15, 2019
                         Form ID: ntcnfhrg      Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| In re: | | |
| Kristen M. Maxsween,<br>fka Kristen Marie Sites, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:19−bk−02318−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 21, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: August 28, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 15, 2019 |

ntcnfhrg (03/18)