IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KRISTEN M. MAXSWEEN      CHAPTER 13
             DEBTOR      CASE NO.: 1:19-bk-02318

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

Kindly enter my appearance on behalf of Debtor, Kristen M. Maxsween, for the above referenced case.

**By: /s/ Nicholas G. Platt**
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Dated: January 6, 2022