## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    KRISTEN M. MAXSWEEN                            Case No.: 1-19-02318-HWV
                                                                        Chapter 13

    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                          **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 1598/PRE ARREARS/629E WASHINGTON ST |
| Property Address if applicable: | 629 E. WASHINGTON STREET, , CHAMBERSBURG, PA17201- |

**PART 2:**                          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $8,016.95 |
| b. | Prepetition arrearages paid by the Trustee: | $8,016.95 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $8,016.95 |

**PART 3:**                          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 12, 2022  Respectfully submitted,

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name:  M & T BANK  
Court Claim Number:  05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9006705 | 01/16/2020 | $158.30 | $0.00 | $158.30 |
| 5200 | 9006796 | 02/13/2020 | $287.44 | $0.00 | $287.44 |
| 5200 | 9006887 | 03/12/2020 | $287.42 | $0.00 | $287.42 |
| 5200 | 9007044 | 04/14/2020 | $287.43 | $0.00 | $287.43 |
| 5200 | 9007237 | 05/06/2020 | $277.26 | $0.00 | $277.26 |
| 5200 | 9007473 | 06/02/2020 | $277.26 | $0.00 | $277.26 |
| 5200 | 9007753 | 07/07/2020 | $277.27 | $0.00 | $277.27 |
| 5200 | 9008054 | 08/12/2020 | $277.26 | $0.00 | $277.26 |
| 5200 | 9008373 | 09/17/2020 | $277.26 | $0.00 | $277.26 |
| 5200 | 9008692 | 10/15/2020 | $277.26 | $0.00 | $277.26 |
| 5200 | 9008965 | 11/03/2020 | $280.34 | $0.00 | $280.34 |
| 5200 | 9009245 | 12/10/2020 | $280.34 | $0.00 | $280.34 |
| 5200 | 9009775 | 01/19/2021 | $280.34 | $0.00 | $280.34 |
| 5200 | 9010072 | 02/17/2021 | $280.34 | $0.00 | $280.34 |
| 5200 | 9010370 | 03/17/2021 | $280.34 | $0.00 | $280.34 |
| 5200 | 9010658 | 04/15/2021 | $280.35 | $0.00 | $280.35 |
| 5200 | 9010941 | 05/18/2021 | $280.34 | $0.00 | $280.34 |
| 5200 | 9011215 | 06/16/2021 | $289.58 | $0.00 | $289.58 |
| 5200 | 9011479 | 07/14/2021 | $289.59 | $0.00 | $289.59 |
| 5200 | 9011747 | 08/18/2021 | $289.59 | $0.00 | $289.59 |
| 5200 | 9011998 | 09/14/2021 | $289.58 | $0.00 | $289.58 |
| 5200 | 9012249 | 10/14/2021 | $289.59 | $0.00 | $289.59 |
| 5200 | 9012502 | 11/16/2021 | $281.26 | $0.00 | $281.26 |
| 5200 | 9012752 | 12/15/2021 | $281.27 | $0.00 | $281.27 |
| 5200 | 9012993 | 01/19/2022 | $281.27 | $0.00 | $281.27 |
| 5200 | 9013216 | 02/16/2022 | $281.27 | $0.00 | $281.27 |
| 5200 | 9013439 | 03/16/2022 | $281.26 | $0.00 | $281.26 |
| 5200 | 9013657 | 04/12/2022 | $281.27 | $0.00 | $281.27 |
| 5200 | 9014083 | 06/14/2022 | $234.87 | $0.00 | $234.87 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KRISTEN M. MAXSWEEN              Case No.: 1-19-02318-HWV
                                 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 12, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

NICHOLAS G PLATT, ESQUIRE                SERVED ELECTRONICALLY
MOONEY LAW
230 YORK STREET
HANOVER PA,   17331-


M & T BANK                               SERVED BY 1ST CLASS MAIL
PO BOX 840
BUFFALO, NY,   14240


KRISTEN M. MAXSWEEN                      SERVED BY 1ST CLASS MAIL
629 E. WASHINGTON STREET
CHAMBERSBURG, PA  17201-


I certify under penalty of perjury that the foregoing is true and correct.

Date: September 12, 2022              /s/  Liz Joyce
                                      for Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      Suite A, 8125 Adams Drive
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      Fax:  (717) 566-8313
                                      eMail:  info@pamd13trustee.com