Check No. 2017229

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT
***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 18-01911-HWV | 999-0 | JOHN J. REYNOLDS<br>Original Check written to:<br>JOHN J. REYNOLDS and BARBARA J. REYNOLDS<br>2 DAM II ROAD<br>WHITE HAVEN, PA 18661-9628 | | 0.00 | 137.85 | 0.00 | 137.85 |
| 19-02318-HWV | 006-0 | KRISTEN M. MAXSWEEN<br>Original Check written to:<br>NAVIENT<br>US DEPARTMENT OF EDUCATION SVC<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | 5487 | 26,405.48 | 640.82 | 0.00 | 640.82 |
| 19-02665-MJC | 012-0 | KIMBERLEY SMITH<br>Original Check written to:<br>XCEL FCU<br>1460 BROAD STREET<br>BLOOMFIELD, NJ 07003- | | 0.00 | 482.75 | 0.00 | 482.75 |
| 19-02665-MJC | 012-1 | KIMBERLEY SMITH<br>Original Check written to:<br>XCEL FCU<br>1460 BROAD STREET<br>BLOOMFIELD, NJ 07003- | | 497.01 | 2.99 | 0.00 | 2.99 |
| 19-03629-HWV | 999-0 | MICHAEL J. ROTHGABER<br>Original Check written to:<br>MICHAEL J. ROTHGABER and JONETTE L. WELLS<br>30 BRUNSWICK LANE<br>PALMYRA, PA 17078 | | 0.00 | 2.59 | 0.00 | 2.59 |
| 19-04231-MJC | 007-0 | KRIS A. ONCAY<br>Original Check written to:<br>CITY OF NANTICOKE<br>15 EAST RIDGE ST.<br>NANTICOKE, PA 18634- | 8000 | 0.00 | 150.00 | 0.00 | 150.00 |